IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

AUG 2 9 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| QUICKVIEW SYSTEMS INCORPORATED | § | |
| | § | |
| v. | § | NO. SA-05-CA-0252-RF |
| | § | |
| KMART CORPORATION | § | |

## FINAL ORDER OF DISMISSAL

It is ORDERED that the above-entitled and numbered cause is DISMISSED WITHOUT PREJUDICE to the refiling of same, based upon the Plaintiff's Notice of Dismissal (Dkt. #4). The parties shall bear their own costs. All pending motions are denied as moot.

SIGNED this 29th day of August, 2006.

_____
ROYAL FURGESON
UNITED STATES DISTRICT JUDGE